# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 21, 2008

Charles R. Fulbruge III
Clerk

No. 08-60209
Summary Calendar

JOSE ROMERO-FLORES, also known as Jose Flores,

Petitioner,

v.

MICHAEL B. MUKASEY, U.S. ATTORNEY GENERAL,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A94 124 205

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Jose Romero-Flores, a native and citizen of El Salvador, petitions for review of the decision of the Board of Immigration Appeals (BIA) dismissing his appeal as untimely filed. We require that arguments be briefed in order to be preserved; issues not adequately briefed are deemed abandoned. Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); see also Soadjede v. Ashcroft, 324 F.3d 830, 833 (5th Cir. 2003) (issues not raised in alien's petition for review of decision by BIA deemed abandoned). When an appellant, like Romero-Flores,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

fails to identify any error in the analysis of the judgment from which he appeals, it "is the same as if he had not appealed that judgment." Brinkmann v. Dallas Cty. Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). Romero-Flores has not argued or briefed the BIA's dismissal of his appeal as untimely filed, the only issue arguably before this court. Accordingly, the petition for review is DENIED.